Bruce W. Brewer, OSB #925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **KELLIE GREAVES,** | Case No. 2:21-cv-01879-AR |
| Plaintiff, | **ORDER FOR ATTORNEY FEES -** |
| v. | **42 USC §406(b)** |
| **COMMISSIONER,** Social Security Administration, | |
| Defendant. | |

It is ORDERED that the motion for attorney fees (ECF #37) is hereby GRANTED and that an attorney fee pursuant to 42 U.S.C. §406(b) in the net amount of $9,271.98 is hereby awarded to Plaintiff's Counsel Bruce Brewer, from which applicable processing and/or user fees may be deducted. The fee represents 25% of the Plaintiff's retroactive benefits minus the EAJA fee and it comports with applicable law and the fee agreement entered into by Plaintiff. It is ORDERED that the fee is to be paid out of Plaintiff's past-due benefits in accordance with agency policy and that it is to be paid

ORDER - 1

directly to Plaintiff's Counsel by check made payable to Bruce Brewer and sent to him at PO Box 421, West Linn, OR 97068.

Funds remaining after the payment of attorney fees shall be released to Plaintiff.

It is so ORDERED this 22nd day of January, 2025.

_____
The Honorable Jeff Armistead
U.S. District Court Magistrate Judge

Presented by:
Bruce W. Brewer, OSB #925581

ORDER - 2